**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In Re** <br><br> **DONALD E. MILLETTE** <br><br> **Debtor** | **Chapter 13** <br> **Case No. 11-42922-MSH** |

**OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CASE**

Comes now the Debtor, by and through the undersigned attorney, and opposes the Motion of the Chapter 13 Trustee for Order Dismissing Case.

In opposition to this motion, Debtor has become current on plan payments through June. Further, Debtor states that he will make arrangements acceptable to the Chapter 13 Trustee and/or the Honorable Court, to cure the arrears for July and August within the next thirty (30) days.

For the foregoing reasons, the Debtor respectfully opposes the Trustee's Motion to Dismiss, and requests that this Honorable Court allow the Debtor time to cure the arrears.

Respectfully Submitted,
The Debtor
By His Attorney

/s/ Louis S. Haskell

Louis S. Haskell, Esq., #550818
16 Pine Street, Suite 2
Lowell, MA 01851
Tel: (978) 459-8359
Email: lshlaw@live.com

Dated: August 7, 2014

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In Re**<br><br>**DONALD E. MILLETTE**<br><br>**Debtor** | **Chapter 13**<br>**Case No. 11-42922-MSH** |

## CERTIFICATE OF SERVICE

I, Louis S. Haskell, hereby certify that a copy of **Opposition to Trustee's Motion to Dismiss Case** was served by first class mail, postage pre-paid, and/or ECF to the following:

Trustee Denise M. Pappalardo
P. O. Box 16607
Worcester, MA 01601

Respectfully Submitted,
The Debtor
By His Attorney

Dated: August 7, 2014

/s/ Louis S. Haskell

Louis S. Haskell, Esq.,
BBO #550818
16 Pine Street, Suite 2
Lowell, MA 01851
Tel: (978) 459-8359
Fax: (978) 453-1753
Email: lshlaw@live.com